UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

*Hearing Information:*
Debtor:  MO-NA-CO-BIOMEDICAL ENVIRONMENT, CORP
Case Number:  26-00578-MAG11                                    Chapter: 11
Date / Time / Room: 04/17/2026 9:30 AM
Bankruptcy Judge: HON. MARÍA DE LOS ÁNGELES GONZÁLEZ
Courtroom Clerk:  GRACIELA MUNIZ
Reporter / ECR:  EDNA SANABRIA

*Matter:*
CHAPTER 11 STATUS CONFERENCE

*Appearances:*
NYDIA GONZALEZ, ESQ. – *Attorney for Debtor*
CAROLINA CABRERA, ESQ. – *Attorney for Island Portfolio Services LLC, as servicer for PR Recovery and Development JV, LLC*

*Proceedings:*
Small Business: YES

Nature of Business: Debtor has been operating business for the past 33 years primarily in the medical waste disposal industry within the electric, gas, medical and sanitary services sectors. Debtor safely disposes of biohazardous waste, sharps, soiled dressings, body parts, diagnostic samples, blood, chemicals, medications, medical devices, radioactive materials, and spent needles and syringes. Another aspect of the business is the secure and confidential waste disposal service, such as secure shredding, digital data destruction, and certified disposal methods to ensure compliance with stringent laws such as the General Data Protection Regulation (GDPR), and the Health Insurance Portability and Accountability Act (HIPAA). Debtor's business  is located at State Road 459, La Montaña  Industrial Park, Bldg. 8, Aguadilla, Puerto Rico.  The building's landlord is the Puerto Rico Industrial Development Company.  Debtor has two (2) employees and, when in need, hires seasonal employees. Debtor's current employees are Ramón Plaza, Debtor's President, and Mrs. Lilliana Cortes. Mr. Plaza works with the fleet of trucks and procures materials needed for business. Mrs. Cortes does all the administrative tasks, including the accounting.

Reasons for filing bankruptcy: Debtor filed the bankruptcy petition to stop eviction proceedings brought by Puerto Rico Industrial Development Company, for unpaid rent in the amount of $245,547.26. Debtor's business generates an average of $1,100,000.00 in annual revenues. However, arrears were mainly accumulated during the period from years 2017 through 2023, during which Puerto Rico was encumbered by Hurricane Maria, an Earthquake and the Covid-19 pandemic, all of which severely disrupted the business and decreased income. During said years, the Debtor had difficulty receiving payments for the services it provided and from contractors for medical facilities at the Department of Corrections. As a result, Debtor had to reduce its personnel and suffered economic losses. Nevertheless, since 2024 and up to the present Debtor has continued to meet its monthly rent payment.

Timetable to file Disclosure Statement and the Plan: A joint disclosure statement and plan will be filed on or before August 5, 2026.

Estimated professional fees: Attorney's fees are estimated in an average amount of $16,000. A $6,000 retainer has been made by Debtor. No accountant will be hired, since the accounting will be managed by Debtor's in-house accountant, Mrs. Cortes.

Anticipated significant event: None.

Need for future status conference: None.

341 meeting status: Closed on March 19, 2026 (Dkt. #18).

Application for employment of professional: Application for employment of attorney filed by Debtor was approved on March 12, 2026 (Dkt. # 15).

Creditor Island Portfolio Services LLC, as servicer for PR Recovery and Development JV, LLC ("Island Portfolio"), informed that it has a lien over Debtor's personal property. A stipulation regarding the amount owed to Island Portfolio has been filed in the State Court Case. Island Portfolio requested that Schedule D be amended to correct creditor's name, as listed.

**ORDER:**

A joint disclosure statement and plan shall be filed on or before August 5, 2026. The court reminds Debtor that the plan must include: (i) Debtor's history; (ii) the liquidation analysis, and (iii) the projections.

Debtor shall file the Monthly Operating Report for March 2026 on or before April 21, 2026.

Debtor shall file an Amended Scheduled D to include the correct name for creditor Island Portfolio Services LLC, as servicer for PR Recovery and Development JV, LLC.

**/S/MARÍA DE LOS ÁNGELES GONZÁLEZ**
**U.S. Bankruptcy Judge**