**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

**MO-NA-CO BIOMEDICAL ENVIRONMENTAL CORP** CASE NO. 26-00578 MAG

**DEBTORS** Chapter 11

# DEBTOR'S MOTION REQUESTING EXTENSION TO FILE DISCLOSURE STATEMENT AND PLAN

**TO THE HONORABLE COURT:**

**COME NOW,** debtors represented by the undersigned attorney and very respectfully aver and pray:

1. The Honorable Court ordered the Debtors to submit the Disclosure Statement and Plan of Reorganization by August 5, 2026.
2. The debtor needs additional time to file the Disclosure Statement and Plan because it still needs to reach negotiate with creditor PRIDCO and Island Portfolio.
3. The additional time will be beneficial to the parties and stabilize the debtor future financial security.
4. This is also vital to ensure the Disclosure Statement contains accurate financial data and information to enable creditors to make an informed decision when voting on the plan.
5. This motion is filed pursuant to 11 U.S.C. 1121(e) 3(A) & (B) since the debtor is most likely to confirm a plan
6. The debtors request an extension of forty five days (45) of time to file the disclosure statement and plan. The extension will not go beyond the 300 days the debtor should file the plan.

7. The debtor expects to file on or before September 17, 2026 the Disclosure Statement and Plan.

8. That once the Disclosure and Plan are file it is requested the court set a date within 45 days to confirm the plan.

9. The debtor is current with the filing of the monthly reports and fees.

10. The events for this request are for circumstances for which the debtor is not accountable for and is working to reach fair agreements for creditors and itself. Also, the debtor is dealing with the federal matters in United States v. Mo-Na-Co Biomedical & Environmental Corp., et al., that may impact the bankruptcy case.

WHEREFORE, the debtor respectfully prays that the court grant an extension of time of 45 days to file the Disclosure Statement and Plan and set the plan for confirmation date no later than 45 days.

**CERTIFICATE OF SERVICE**: I hereby certify that on August 4, 2026, I electronically filed the present motion, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all the CM/ECF participants and I also hereby certify that I have mailed by United States Postal Service the present motion to the following non CM/ECF participants as per the attached mailing list.

Dated this 4th day of August 2026.

/S/Nydia González Ortiz, Esq.
USDC-PR 124006
SANTIAGO & GONZALEZ LAW, LLC
11 Betances Street
Yauco, Puerto Rico 00698
Tel: (787) 267-2205;267-2252
email:bufetesg@gmail.com